GOODEN, APPELLANT, *v.* BRADSHAW, WARDEN, APPELLEE.

[Cite as *Gooden v. Bradshaw*, 132 Ohio St.3d 45, 2012-Ohio-2013.]

(No. 2011–1943—Submitted April 24, 2012—Decided May 8, 2012.)

---

Per Curiam.

{¶ 1} We affirm the judgment of the court of appeals denying the petition of appellant, Jesse L. Gooden, for a writ of habeas corpus to compel his immediate release from prison. Gooden had an adequate remedy by way of appeal to raise his claim of sentencing error. *Roberts v. Knab,* 131 Ohio St.3d 60, 2012-Ohio-56, 960 N.E.2d 457, ¶ 1. And as the court of appeals recognized, "[t]he different numbering of the counts in the indictment and verdict forms was neither error nor prejudicial to" Gooden. *Gooden v. Bradshaw,* 5th Dist. No. 11CA55, 2011-Ohio-5300, 2011 WL 4865286, ¶ 3. *See State v. Washington,* 9th Dist. No. 18199, 1997 WL 775666, *7 (Nov. 26, 1997).

Judgment affirmed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

_____

Jesse L. Gooden, pro se.

Michael DeWine, Attorney General, and Gene D. Park, Assistant Attorney General, for appellee.